# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

Division

_____
Adonis Berle Whitby
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

_____
Macon Bibb County, Georgia et al.
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*   ☒ Yes   ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Adonis Berle Whitby |
| Street Address | 302 Juniper Lane |
| City and County | Macon Bibb County |
| State and Zip Code | 31220 |
| Telephone Number | 4783371190 |
| E-mail Address | janiceadonis@msn.com |

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Macon-Bibb County Georgia et al |
| Job or Title *(if known)* | |
| Street Address | 700 Poplar St |
| City and County | Macon Bibb County |
| State and Zip Code | Georgia 31201 |
| Telephone Number | (478) 751-7170 |
| E-mail Address *(if known)* | customerservice@maconbibb.us |

Defendant No. 2

| | |
|---|---|
| Name | Lester Miller in his Individual-Capacity |
| Job or Title *(if known)* | Mayor |
| Street Address | 700 Poplar St |
| City and County | Macon Bibb County |
| State and Zip Code | Georgia 31201 |
| Telephone Number | 478) 751-7170 |
| E-mail Address *(if known)* | customerservice@maconbibb.us |

Defendant No. 3

| | |
|---|---|
| Name | The Board of Commissioners in their Official-Capacity |
| Job or Title *(if known)* | Commissioners |
| Street Address | 700 Poplar Street |
| City and County | Macon Bibb County |
| State and Zip Code | Georgia 31201 |
| Telephone Number | 478-751-7400 |
| E-mail Address *(if known)* | customerservice@maconbibb.us |

Defendant No. 4

| | |
|---|---|
| Name | Henry C. Ficklin in his Individual-Capacity |
| Job or Title *(if known)* | Director Community Affairs and other Lawful Purposes |
| Street Address | 700 Poplar Street |
| City and County | Macon Bibb County |
| State and Zip Code | Georgia 31201 |
| Telephone Number | (478) 751-7170 |

Defendant No. 5

| | |
|---|---|
| Name | Dr. Keith Moffett in his Individual-Capacity |
| Job or Title (if known) | County Manager |
| Street Address | 700 Popular Street |
| City and County | Macon, Bibb County |
| State and Zip Code | Georgia 31201 |
| Telephone Number | 478 751 7400 |
| E-mail Address (if known) | customerservice@maconbibb.us |

Defendant No. 6

| | |
|---|---|
| Name | Charles Brooks in his Individual-Capacity |
| Job or Title (if known) | Director Engineering Department |
| Street Address | 780 Third Street |
| City and County | Macon, Bibb County |
| State and Zip Code | Georgia 31201 |
| Telephone Number | (478) 621-6660 |
| E-mail Address (if known) | customerservice@maconbibb.us |

Defendant No. 7

| | |
|---|---|
| Name | Tim Wilder in his Individual-Capacity |
| Job or Title (if known) | Director Public Works Department |
| Street Address | 4520 Knight Road |
| City and County | Macon, Bibb County |
| State and Zip Code | Georgia 31220 |
| Telephone Number | (478) 803-0490 |
| E-mail Address (if known) | customerservice@maconbibb.us |

E-mail Address *(if known)*    customerservice@maconbibb.us

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question      ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Civil Rights Act of 1866;
Section 1983 (42 USC Section 1983);
Fair Housing Act 42 U.S.C. § 3601-19;
Title VI of the Civil Rights Act of 1964, 42 U.S.C. § 2000d-1;
Section 504 of the Rehabilitation Act of 1973 29 U.S.C. § 794;
Title II of the Americans with Disabilities Act of 1990 42 U.S.C. §§ 12131 – 12165;
Age Discrimination Act 42 U.S.C. §§ 6101 – 6107;
Nondiscrimination on the Basis of Disability in State and Local Government Services
28 C.F.R. part 35
Fourteenth Amendment Right to Equal Protection of Law

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* _____, is a citizen of the
       State of *(name)* _____.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated
       under the laws of the State of *(name)* _____,
       and has its principal place of business in the State of *(name)*
       _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation

   The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.
   Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Lula Mae Blvd (Road) located in Macon-Bibb County (MBC) Georgia 1000 feet long and platted in 1955 and opened to the public and maintained by Bibb County a ministerial acts performed by public works. Over the last 67 years the road has fallen into disrepair with only half of the Road maintained. The houses on the Road are majority owned by African-Americans over and under the age of 60, disability, male and female owners. Suit filed Superior Court of Bibb County Georgia 2020-CV-072352 dismissed April 18, 2022 under official immunity and or sovereign immunity. Green signs are county-owned and -maintained roads in Georgia. Lula Mae Blvd is a Green Sign Road and not being maintained because of race, disability, sex and age. We are trying to build a house but cannot access property because Road not being maintained beyond 500 feet. MBC states not a dedicated road but the Road is a public road, noy fully maintained because discrimination. Discriminatory practice can be direct or indirect, intentional or unintentional is illegal under federal guaranteed rights.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Properties with limited or no access to Lula Mae Blvd: 3475 Amica Dr Lizella, Ga 31052, 3500 Lula Mae Blvd, Lizella, GA 31052, 7581 Lula Mae Blvd, Lizella, GA 31052, 7565 Lula Mae Blvd, Lizella, GA 31052, 7565 Lula Mae Blvd, Lizella, GA 31052, 3590 Amica Dr Lizella Ga 31052. Access to Bethel Church Road is traveled over 3500 Lula Mae Blvd which has added to damage to property of 3500 Lula Mae Blvd. Property owners have no access to public road (3475 Amica Drive, 3590 Amica Dr, 7581 Lula Mae Blvd) unless traveling over 3500 Lula Mae Blvd.

Road requested to be opened, cleared, paved and maintained beyond the 500 feet of 1000 feet. Compensatory damages of tax money repaid for over 50 years averaging $2000 per year ($100,000), punitive damages 50 years averaging $2000 per year ($100,000). Property damage over 50 years $50,000. Exemplary damages of $250,000 for intentional civil rights, disability, age, housing, gender violations, emotional and psychological damages.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: April 21, 2022

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: Adonis Berle Whitby

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**B.    For Attorneys**

Date of signing: _____

| | |
|---|---|
| Signature of Attorney | _____ |
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Street Address | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ |