IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ADONIS BERLE WHITBY, | * |
| Plaintiff, | * |
| v. | Case No. 5:22-cv-00157-TES |
| | * |
| MACON BIBB COUNTY GEORGIA, et al., | |
| | * |
| Defendants. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 15, 2022, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants. Plaintiff shall recover nothing of Defendants. Defendants shall also recover costs of this action.

This 15th day of September, 2022.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk